In the Matter of NEW YORK UNIVERSITY, Respondent. FRANK
C. MOORE, as Comptroller of the State of New. York,
Appellant.

Argued February 18, 1947; decided April 10, 1947.

*Nathaniel L. Goldstein, Attorney-General (Edward L. Ryan, Wendell P. Brown* and *John R. Davison* of counsel), for appellant.

*Bertram Boardman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.